No. 9322. CHARLES E. MARTIN, Respondent, *v.* JACK FISHER and BESSIE FISHER, Appellants.

259 Pac. (2d) 809.

Decided August 12, 1953.

*Mr. H. B. Landoe,* Bozeman, *Mr. Lyman H. Bennett, Jr.,* Virginia City, for Appellants.

*Mr. Myles J. Thomas* and *Mr. Ralph J. Anderson,* Helena, for Respondent.

Per Curiam.

On written motion of counsel for respondent herein and proof of due service of such motion on counsel for appellants and no objections having been interposed thereto by appellants, and it appearing on the record before us that this court is without jurisdiction to hear or determine the appeal on its merits;

It is therefore ordered that the motion be granted and that the appeal be and it is dismissed.